IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-02851-RM-KLM

BRETT A. NELSON,

    Plaintiff,

v.

SAN LUIS VALLEY HEALTH,

    Defendant.

___

## ORDER TO SHOW CAUSE
___

    This matter is before the Court upon consideration that Plaintiff has failed to comply with the Minute Order of April 11, 2018 (ECF No. 24) and upon further consideration of the docket. As to the Minute Order, upon reassignment of this case to the undersigned, this Court found that various mailings had been returned to the court as undeliverable. Thus, in accordance with D.C.COLO.LCivR 5.1(c) and D.C.COLO.LAttyR 5(c), the Court ordered Plaintiff to provide the court with his current mailing address on or before May 2, 2018. Despite this order, Plaintiff has failed to comply and the time to do so has passed. As for the Court's review of the docket, this shows that Defendant filed a Motion to Dismiss on February 20, 2018 but no response has been filed by Plaintiff and the time to do so has expired. Indeed, other than the initial complaints and applications for leave to proceed without prepaying fees and costs, Plaintiff has taken no other action to prosecute this case.

Local Rule 41.1 provides:

> A judicial officer may issue an order to show cause why a case should not be dismissed for failure to prosecute or failure to comply with these rules, the Federal Rules of Civil Procedure, or a court order. If good cause is not shown, a district judge…may enter an order of dismissal with or without prejudice.

D.C.COLO.LCivR 41.1. Here, the facts show Plaintiff has failed to prosecute this action, to comply with the Local Rules, and to comply with the Minute Order.

Based on the foregoing, it is

**ORDERED** that on or before **July 27, 2018**, Plaintiff shall **SHOW CAUSE** why this action should not be dismissed without prejudice for failure to prosecute this action, to comply with the Local Rules, and to comply with the April 11, 2018, Minute Order.

DATED this 29th day of June, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge